UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| **Plaintiff,** § | |
| v. § | CRIMINAL NO. EP-09-CR-1867-DB |
| § | |
| JOHN THOMAS SHIPLEY, § | |
| § | |
| **Defendant.** § | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by and through its United States Attorney, John E. Murphy and the undersigned Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

In the Indictment filed on or about June 24, 2009, the United States gave notice of its intent to forfeiture property pursuant to 18 U.S.C. § 924(d)(1); 18 U.S.C. § 981; 18 U.S.C. § 924(n) and 28 U.S.C. § 2461( c). The United States hereby gives notice that the Model number listed in line item number 17 (shown below) was incorrect.

17.   Rifle, MNF: Barrett Firearms MFG CO., Type: Rifle, Model: **82A1NO**, Cal: 50 BMG, FIN: Black, SN: 4974;

The United States of America files this Bill or Particulars to give notice that the following is the corrected model number for line item number 17:

17.   Rifle, MNF: Barrett Firearms MFG CO., Type: Rifle, Model: **82A1NG**, Cal: 50 BMG, FIN: Black, SN: 4974;

All other items listed in the Notice of Government's Demand for Forfeiture are still included in the instant case.

                                                    Respectfully submitted,

                                                    JOHN E. MURPHY
                                                    United States Attorney

By:             _____/s/_____
                    Gregory E. McDonald
                    Assistant United States Attorney
                    700 E. San Antonio, Suite 200
                    El Paso, Texas 79901
                    Tel: (915) 534-6884
                    Fax: (915) 534-3461
                    TX State Bar No. 13547300

## **CERTIFICATE OF SERVICE**

I hereby certify that on 18th day of March, 2010, the forgoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Robert Perez, Attorney for John Thomas Shipley
210 N. Campbell St.
El Paso, Texas 79901

and

Marjorie Wilcox Jobe, Attorney for John Thomas Shipley
210 N. Campbell St.
El Paso, TX 79901

                                                  _____ /s/_____
                                                  Gregory E. McDonald
                                                  Assistant United States Attorney