FILED

MAR 24 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. EP-09-CR- 1867-DB |
| | § | |
| JOHN THOMAS SHIPLEY | § | |

## GOVERNMENT'S PROSPECTIVE EXHIBITS

| # | EXHIBIT | WITNESS | OFFERED | ADMITTED |
|---|---------|---------|---------|----------|
| 1 | ATF Form 4473's<br>- Collectors Gun Exchange      (163 pgs) | 803 (6) | | |
| 2 | ATF Form 4473's<br>- Collectors Gun Exchange      (6 pgs) | 803 (6) | | |
| 3 | Acquisitions & Dispositions Book (Redacted) - Bobby Billingslea<br>(20 pgs) | 902 (1) | | |
| 4 | ATF Form 4473's<br>- Bobby Billingslea      (70 pgs) | 902 (1) | | |
| 5 | ATF Form 4473's<br>- El Paso Gun Exchange<br>- April 24, 2003      (4 pgs) | 902 (1) | | |
| 6 | ATF Form 4473's<br>- Kirk's Gun Shop<br>-December 11, 2003      (4 pgs) | 902 (1) | | |
| 7 | Federal Firearms License<br>- PBA, Inc, Collector's Gun Exchange | 902 (1) | | |
| 8 | ATF - Supervisor Federal Firearms Licensing Center<br>-No FFL for Defendant | 803 (6)<br>902 (1) | | |
| 9 | GunBroker.com<br>User 338395 - certified response<br>-May 14, 2008 | 803 (6) | | |
| 9a | CD - from GunBroker.com<br>User data 338395 | 803 (6) | | |

| 9b | Gunbroker.com<br>User Agreement                (22 pgs) | Agreement of parties | | |
|----|----|----|----|----|
| 9c | Gunbroker.com<br>Fees for Using GunBroker.com    ( 7pgs) | Agreement of parties | | |
| 10 | GunBroker.com<br>User 338395 - certified response<br>-July 23,  2008 | 803 (6) | | |
| 10a | CD - from GunBroker.com<br>User data 338395 | 803 (6) | | |
| 11 | Summary Chart - Gunbroker.com data<br>-Items Report | 1006 | | |
| 12 | Summary Chart - Gunbroker.com data<br>-Sales Query | 1006 | | |
| 13 | Summary Chart - Gunbroker.com data<br>-Purchase Report | 1006 | | |
| 14 | Sniper's Hide.com Postings<br>                (412 pgs) | Stipulation | | |
| 14a | Stipulation - Sinper's Hide.com | Stipulation | | |
| 15 | AuctionArms.com<br>-web site purchases / activity    (32 pgs) | Stipulation | | |
| 15a | Stipulation - Auction Arms.com | Stipulation | | |
| 16 | GECU - Financial Records<br>- multiple accounts          (699 pgs) | 803 (6) | | |
| 17 | GECU - Financial Reocrds<br>-copies of checks          (151 pgs) | 803 (6) | | |
| 18 | Telephone Toll records - Cricket<br>-(915) 496-5286<br>- 01/01/2007 to 04/02/2008     (167 pgs) | 803 (6) | | |
| 19 | Telephone records - Verizon<br>-800-914-5464 King & Co.<br>-Toll Free calls, March 2008    (4 pgs) | 803 (6) | | |
| 20 | Telephone records  AT & T Southwest<br>-(636) 441-9143<br>-Jonathon Golightly<br>-August 2007                (6 pgs) | 803 (6) | | |

| 21 | Business Records - RSR Group<br>Barrett .50 caliber rifles<br>-purchased by RSR June 19, 2007<br>-sold to Golightly July 31, 2007   (4 pgs) | 803 (6) | | |
|---|---|---|---|---|
| 22 | USAA Financial Records<br>-Debit Card transaction to PFRB 4/4/08<br>-                                   (14 pgs) | 803 (6) | | |
| 23 | Telephone Records (915) 342-8881<br>-AT & T Wireless<br>-Mark Benedict - August 2007   (43 pgs) | 803 (6) | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |