UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | EP:09-CR-01867(1)-DB |
| | § | |
| (1) JOHN THOMAS SHIPLEY | § | |

# GOVERNMENT'S EXHIBITS, Page 1

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1 | Declaration of Government Witnesses Reconstructing the Trial Record for April 13, 2010 | 6-11-12 |
| 4 | Letter from Attorney Leon Schydlower to U.S. Attorney's office | 6-11-12 |
| 6 | Handwritten Notes from Defendant John Thomas Shipley's Father | 6-11-12 |

_____    _____    _____

_____    _____    _____